1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                    FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    DERRICK MARTIN,                          1:07-cv-00707-LJO-TAG-HC

9            Petitioner,

10       vs.                                  ORDER GRANTING MOTION TO
                                              PROCEED IN FORMA PAUPERIS
11   IVAN D. CLAY, et al.,
                                              (Doc. 2)
12           Respondent.

13   _____/

14          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

15   28 U.S.C. § 2254.

16          Petitioner has filed a motion to proceed in forma pauperis and a certified copy of Petitioner's

17   prison trust account statement.   Examination of these documents reveals that Petitioner is unable to

18   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

19   See 28 U.S.C. § 1915.

20

21   IT IS SO ORDERED.

22   Dated:   **May 18, 2007**                          **/s/ Theresa A. Goldner**
                                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28